# Court of Appeals
# of the State of Georgia

ATLANTA,___August 03, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0461. MURIEL MONTIA v. SAND CANYON CORP. f/k/a OPTION ONE MTG. COMPANY et al.

Plaintiff Muriel Montia has filed an application for discretionary review of several trial court rulings, including the court's grant of summary judgment to defendant First-Citizens Bank & Trust Company, assignee and successor-in-interest to the Federal Deposit Insurance Corporation as Receiver for Capitol City Bank & Trust Company, in this action raising a quiet-title claim and seeking the appointment of a special master. No discretionary application is required, however, as the grant of summary judgment on any issue or as to any party may be appealed directly. See OCGA § 9-11-56 (h). In addition, any other non-final rulings entered in the case may be challenged as part of such a direct appeal. See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. Montia shall have 10 days from the date of this order to file a notice of appeal with the trial court, if she has not already done so. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___08/03/2016___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*